```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**CLAIR LOVERIDGE,**

    **Plaintiff,**

v.                                **Civil Action No. 1:06CV6**
                                      **Criminal Action No. 1:03CR63**
                                            **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

    **Defendant.**

### ORDER GRANTING MOTION TO EXTEND TIME FOR FILING OBJECTIONS

On September 10, 2007, <u>pro se</u> plaintiff, Clair Loveridge, filed a motion for extension of time in which to file objections to the report and recommendation of the Magistrate Judge. As ground for the motion, plaintiff states that he did not receive the report and recommendation until September 6, 2007 and therefore requires additional time to prepare his objections. Good cause having been shown, the Court **GRANTS** the motion (Docket No. 74 in Criminal Action No. 1:03CR63 and Docket No. 19 in Civil Action No. 1:06CV6).

Accordingly, it is **ORDERED** that the objections to the report and recommendation are due on or before **October 12, 2007**.

The Clerk is directed to transmit copies of this order to the <u>pro se</u> plaintiff, certified mail, return receipt requested, and to counsel of record.

DATED: September 11, 2007

                                                           /s/ Irene M. Keeley
                                                           IRENE M. KEELEY
                                                           UNITED STATES DISTRICT JUDGE